**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6695**

———————

WILLIE FEARS,

Petitioner - Appellant,

versus

ADRIAN POTEAT, Warden; UNITED STATES PAROLE
COMMISSION,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CA-00-1847-A)

———————

Submitted: August 23, 2001          Decided: August 30, 2001

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Willie Fears, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie Fears appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss Fears' appeal on the reasoning of the district court. See Fears v. Poteat, No. CA-00-1847-A (E.D. Va. Mar. 13, 2001); see also Blair-Bey v. Quick, 151 F.3d 1036, 1047 (D.C. Cir. 1998) (finding District of Columbia parole regulations create no due process liberty interest in parole). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED